## D. Thompson ad*m* United States

*David Thompson ad*<sup>m</sup>     The said David Thompson now comes and by Fraser
*United States*     and Witherell his attornies moves the Court here that the Rule heretofore made by this Court, by which he was required "to shew cause why "judgment of ouster should not be rendered against him," be set aside and held for nought, for the following among other reasons to be urged viz—

1 Because the proceedings in the premises are irregular and informal, and are neither sanctioned by the usage of law or the practice of this Court—

2. Because the said Information was filed without any previous rule having been taken on the defendant to shew Cause against the filing of the same—

3— Because said rule was taken against said David Thompson, before he was brought into Court by any legal process known to the law— or had a day in Court—

## David Thompson ad*m* United States

*David Thompson adsm.*     Supreme Court Dec[r] Term   1832.
*United States*     Quo Warranto

Motion by defendant to set aside proceedings for irregularity.

There is no Legislative enactment on the subject of Quo Warranto in this Territory; but simply the Power given to this Court to grant it we must therefore have recourse to the Common Law for the writ, its incidents and the practice governing it Laws 118. 119.

1 In form this is a Criminal proceeding; and at common law leave is not given as a matter of course to file an information, but rests on the sound discretion of the Court; and must be upon a rule had on the party complained of to shew cause against its being plead 2. T R. 484 4 Cowen R 102. Bac Ab. Infor[s] D. 2 B & A. 339— 1 T. R. 2. 4 Burr 1964. 2022. 2 Johns R 184. 8 Mod 132. 5 Jacobs D[y] 379. Chitty C Law 699—

2. It is competent to the defendant to urge many reasons on the service of the rule to shew cause against the granting of rule and if the defendant should fail to defend or plead, third parties whose rights will be affected by the proceedings will be allowed to come in and do so and in pleading every indulgence is shewn to the defendant. 4 Cowen 103. 4. 5. 6. 1 T.R. 3 & note 1 Chitty R 700 1 Binney R. 77. Buller N.P. 210 4 Cowen 112 Bac. Ab Informas. D. 3 T.R. 310 4 Cowen 112. 119.

3. It is irregular to proceed against the defendant by rule before he is brought into Court either by Venire facias and distringas or subpeona and attachment for as yet this defendant had no day in Court and never was served with any legal process. 4 Cowen 100–109. 110. 111–112. Kyd on Corp[ns] 438 5 Binney 353. Com Dig Quo Warranto C. (2). 10 Mass R 290. 291 1 Ld Ray[d] 426